UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AVIS RENT A CAR, | Case No. 2:14-cv-01402-RFB-PAL |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, et al. | |
| Defendants. | |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered August 28, 2014, regarding removal of this case to federal district court.  On September 15, 2014, Defendants filed a signed Statement (Dkt. #5) which complied with the court's order that the removing party file a statement providing the information specified.  However, the parties have not submitted a joint status report regarding removal as required.  Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than 4:00 p.m., November 14, 2014,** which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 31st day of October, 2014.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE