Paul M. Haire, Esq.
Nevada Bar No. 5656
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:   (702) 252-5002
Fax:   (702) 252-5006
Email: pmh@slwlaw.com
Attorneys for Defendant
Malco Enterprises of Nevada, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AVIS RENT A CAR,<br><br>Plaintiff,<br><br>v.<br><br>MALCO ENTERPRISES OF NEVADA, INC. d/b/a Budget Rent A Car of Las Vegas; STEVEN CHARLES KENNEDY; UNITED STATES OF AMERICA, ex rel. Department of Air Force; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.:  2:14-cv-01402-RFB-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT MALCO ENTERPRISES OF NEVADA, INC. WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties that, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the above-referenced case should be DISMISSED with prejudice as

to Defendant Malco Enterprises of Nevada, Inc., without an award of costs or fees to any party.

DATED: 1/29/15                                        DATED: 2/2/15

LAW OFFICE OF LISA A. TAYLOR               SMITH LARSEN & WIXOM

By: _____                By: _____
Lisa A. Taylor, Esq.                       Paul M. Haire, Esq.
Nevada Bar No. 8283                        Nevada Bar No. 5656
5664 N. Rainbow Blvd.                      1935 Village Center Circle
Las Vegas, NV 89130                        Las Vegas, NV 89134
Attorney for Plaintiff                     Attorneys for Defendant Malco
                                           Enterprises of Nevada, Inc.

## ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice as to Defendant Malco Enterprises of Nevada, Inc., without an award of costs or fees to any party.

DATED this 6th day of February, 2015.

_____
RICHARD F. BOULWARE, II
United States District Court Judge